ANGEL T. NAKAMURA (SBN 205396)
Angel.Nakamura@arnoldporter.com
KRISTINA ILIOPOULOS (SBN 341548)
Kristina.Iliopoulos@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

ESTAYVAINE BRAGG (SBN 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

JAMI M. VIBBERT (*pro hac vice* forthcoming)
Jami.Vibbert@arnoldporter.com
DAVID B. SCHWARTZ (*pro hac vice* forthcoming)
David.Schwartz@arnoldporter.com
SASHA ZHENG (*pro hac vice* forthcoming)
Sasha.Zheng@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Facsimile: 212.836.8689

DANIEL E. RAYMOND (*pro hac vice* forthcoming)
Daniel.Raymond@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison, Street Suite 4200
Chicago, IL 60602-4321
Telephone: 312.583.2300
Facsimile: 312.583.2360

*Attorneys for Defendant Adobe Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

NICHOLAS RAPAK, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

ADOBE INC.,

*Defendant.*

Case No. 5:25-cv-03032-NW

**DEFENDANT ADOBE INC.'S STATEMENT OF NON-OPPOSITION PURSUANT TO CIVIL L.R. 7-3(b) TO PLAINTIFF NICHOLAS RAPAK'S MOTION TO CONSOLIDATE (ECF No. 20)**

Date: September 3, 2025
Time: 9:00 a.m.
Judge: Hon. Noel Wise
Location: Courtroom 3, 5th Floor

Pursuant to Civil Local Rule 7-3(b), Defendant Adobe Inc. ("Adobe") states that it does not oppose the relief sought by Plaintiff Nicholas Rapak ("Plaintiff") in his Motion to Consolidate and Appoint Lead Counsel (the "Motion"), filed on April 23, 2025. *See* ECF No. 20. In doing so, Adobe neither concedes the allegations or characterizations of Plaintiff's claims set forth in the Motion, nor does Adobe concede that this Court has jurisdiction over any or all of the claims and parties in this matter. Adobe also neither agrees nor concedes that this matter may proceed as a purported class action. Adobe reserves its rights to assert those and other challenges in response to the proposed consolidated complaint or at such other time as directed by the Court. Adobe further takes no position as to the proposed leadership by Plaintiff's counsel.

Dated: April 29, 2025

Respectfully submitted,

*/s/ Angel Tang Nakamura*

Angel Tang Nakamura (SBN 205396)
Angel.Nakamura@arnoldporter.com
Kristina Iliopoulos (SBN 341548)
Kristina.Iliopoulos@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: 213.243.4000
Facsimile: 213.243.4199

Jami Vibbert (*pro hac vice* forthcoming)
Jami.Vibbert@arnoldporter.com
David B. Schwartz (*pro hac vice* forthcoming)
David.Schwartz@arnoldporter.com
Sasha Zheng (*pro hac vice* forthcoming)
Sasha.Zheng@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Facsimile: 212.836.8689

Daniel E. Raymond (*pro hac vice* forthcoming)
Daniel.raymond@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP

70 West Madison, Street Suite 4200
Chicago, IL 60602-4321
Telephone: 312.583.2300
Facsimile: 312.583.2360

Estayvaine Bragg (SBN 341400)
Estayvaine.Bragg@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

*Attorneys for Defendant Adobe Inc.*