Robert C. Schubert S.B.N. 62684
Willem F. Jonckheer S.B.N. 178748
Amber L. Schubert S.B.N. 278696
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel.: (415) 788-4220
Fax: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law
aschubert@sjk.law

Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
Rachel Kesten (admitted *pro hac vice*)
Yuanchen Lu (admitted *pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com
ylu@lowey.com

*Attorneys for Plaintiff and the proposed class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

NICHOLAS RAPAK, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ADOBE INC.,

Defendant.

Case No. 5:25-CV-03032

**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Pursuant to Local Rules 3-12 and 7-11, Plaintiff submits this Administrative Motion to consider whether *Chwe v. Adobe Inc.*, No, 5:25-cv-03911-NMC (N.D. Cal.), filed on May 5, 2025, over a month after this Action, should be related.

Under Local Rule 3-12(a), "[a]n action is related to another when: (1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Here, both prongs are satisfied. The *Chwe* action asserts similar claims against the same defendant, Adobe Inc., as the earlier filed actions.[1] These claims, on behalf of overlapping classes, arise from the same alleged conduct—Adobe's use of its tracking software to capture plaintiffs' and class members' unique persistent identifiers and track their communications and activity across the web without consent. In light of this overlap, relating *Chwe* with this Action would conserve resources, promote judicial economy, and avoid conflicting rulings. Furthermore, no party would be prejudiced by the assignment of these actions to a single judge because both actions are at a preliminary stage.

For the reasons set forth above, Plaintiff respectfully requests that the Court relate *Chwe* to this Action.

Dated: May 7, 2025

/s/Christian Levis
Christian Levis (admitted *pro hac vice*)
clevis@lowey.com
Amanda Fiorilla (admitted *pro hac vice*)
afiorilla@lowey.com
Rachel Kesten (admitted *pro hac vice*)
rkesten@lowey.com
Yuanchen Lu (admitted *pro hac vice*)
ylu@lowey.com
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035

Robert C. Schubert S.B.N. 62684
Willem F. Jonckheer S.B.N. 178748
Amber L. Schubert S.B.N. 278696

[1] The Court related *Johnston v. Adobe, Inc.*, No. 5:25-cv-03052 to this Action on April 17, 2025. *See* ECF No. 19.

**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel.: (415) 788-4220
Fax: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law

aschubert@sjk.law