ANGEL T. NAKAMURA (SBN 205396)
Angel.Nakamura@arnoldporter.com
KRISTINA ILIOPOULOS (SBN 341548)
Kristina.Iliopoulos@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

ESTAYVAINE BRAGG (SBN 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

JAMI M. VIBBERT (*pro hac vice* forthcoming)
Jami.Vibbert@arnoldporter.com
DAVID B. SCHWARTZ (*pro hac vice* forthcoming)
David.Schwartz@arnoldporter.com
SASHA ZHENG (*pro hac vice* forthcoming)
Sasha.Zheng@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Facsimile: 212.836.8689

DANIEL E. RAYMOND (*pro hac vice* forthcoming)
Daniel.Raymond@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison, Street Suite 4200
Chicago, IL 60602-4321
Telephone: 312.583.2300
Facsimile: 312.583.2360

*Attorneys for Defendant Adobe Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

NICHOLAS RAPAK, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

ADOBE INC.,

*Defendant.*

Case No. 5:25-cv-03032-NW

**DEFENDANT ADOBE INC.'S STATEMENT OF SUPPORT THAT CASES SHOULD BE RELATED PURSUANT TO CIV. L.R. 3-12(e)**

Judge: Hon. Noel Wise
Location: Courtroom 3, 5th Floor

Defendant Adobe Inc. ("Adobe") by and through its attorneys of record, hereby submits this Statement of Support That Cases Should Be Related, pursuant to Civ. L.R. 3-12(e). Plaintiff Nicholas Rapak ("Plaintiff") filed an Administrative Motion to Consider Whether Cases Should Be Related on May 7, 2025, requesting that *Chwe v. Adobe Inc.*, No, 5:25-cv-03911-NMC (N.D. Cal.) ("*Chwe*"), filed on May 5, 2025, be related to this action ("*Rapak*"). ECF No. 27. Adobe agrees that *Chwe* is related to *Rapak* for the reasons set forth below.[1]

The *Chwe* and *Rapak* actions meet the criteria of "related cases" as set forth in Civil L.R. 3-12(a). As to Civil L.R. 3-12(a)(1), Adobe agrees with Plaintiff that the *Chwe* and *Rapak* actions are both putative class actions brought against Adobe on behalf of proposed overlapping classes of individuals bringing largely the same claims arising from the same alleged conduct and seeking similar relief.[2] The Complaint in *Chwe* (ECF No. 27-2 ("*Chwe* Compl.")) raises several nearly identical causes of action to *Rapak* (ECF No. 1 ("*Rapak* Compl.")), including violation of the California Invasion of Privacy Act Section 631 (*compare Chwe* Compl. ¶¶ 123–134 *with Rapak* Compl. ¶¶ 123–134), intrusion upon seclusion (*compare Chwe* Compl. ¶¶ 108–122 *with Rapak* Compl. ¶¶ 99–111), invasion of privacy under the California Constitution (*compare Chwe* Compl. ¶¶ 92–107 *with Rapak* Compl. ¶¶ 112–122), and unjust enrichment (*compare Chwe* Compl. ¶¶ 135–142 *with Rapak* Compl. ¶¶ 171–177).

As to Civil L.R. 3-12(a)(2), to adjudicate nearly identical factual allegations in the *Chwe* and *Rapak* cases before two different judges, Adobe as well as the Court will have to undertake unnecessary duplication of labor and expense to address the liability arising from the same alleged conduct in two different forums. Because *Chwe* was filed only a few days ago and *Rapak* was

---

[1] The Court related *Johnston v. Adobe, Inc.*, No. 5:25-cv-03052 to *Rapak* on April 17, 2025. *See* ECF No. 19.

[2] Adobe does not concede the allegations or characterizations of Plaintiff's and Chwe's claims or that this Court has jurisdiction over any or all of the claims and parties in these matters. Further, Adobe does not agree or concede that these matters may proceed as purported class actions. Adobe reserves its rights to assert those and other challenges in response to the complaints, a consolidated complaint, or at such other time as directed by the Court.

filed only about a month ago, the cases remain at early stages and relating *Chwe* to *Rapak* would not disrupt any case schedule. In addition, given the overlap in the causes of action between the two cases, conflicting results could arise if the cases are not related.

For these reasons, Adobe agrees with Plaintiff and respectfully requests the Court relate *Chwe* to *Rapak* and assign both cases to Judge Wise.

Dated: May 9, 2025

Respectfully submitted,

*/s/ Angel Tang Nakamura*

Angel Tang Nakamura (SBN 205396)
Angel.Nakamura@arnoldporter.com
Kristina Iliopoulos (SBN 341548)
Kristina.Iliopoulos@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: 213.243.4000
Facsimile: 213.243.4199

Jami Vibbert (*pro hac vice* forthcoming)
Jami.Vibbert@arnoldporter.com
David B. Schwartz (*pro hac vice* forthcoming)
David.Schwartz@arnoldporter.com
Sasha Zheng (*pro hac vice* forthcoming)
Sasha.Zheng@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Facsimile: 212.836.8689

Daniel E. Raymond (*pro hac vice* forthcoming)
Daniel.raymond@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison, Street Suite 4200
Chicago, IL 60602-4321
Telephone: 312.583.2300
Facsimile: 312.583.2360

Estayvaine Bragg (SBN 341400)
Estayvaine.Bragg@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP

Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

*Attorneys for Defendant Adobe Inc.*