Robert C. Schubert S.B.N. 62684
Willem F. Jonckheer S.B.N. 178748
Amber L. Schubert S.B.N. 278696
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel.: (415) 788-4220
Fax: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law
aschubert@sjk.law

Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
Rachel Kesten (admitted *pro hac vice*)
Yuanchen Lu (admitted *pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com
ylu@lowey.com

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Daniel O. Herrera (*pro hac vice* forthcoming)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com

Daniel R. Schwartz (*pro hac vice*)
Rebecca Trickey (*pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
dschwartz@dicellolevitt.com
rtrickey@dicellolevitt.com

*Attorneys for Plaintiffs and the Proposed Class*

*Additional Counsel on Signature Page*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IN RE ADOBE DATA TRACKING LITIGATION

Case No: 5:25-cv-03032-NW
(Consolidated Action)

**PLAINTIFFS' JOINT SUPPLEMENTAL BRIEF REGARDING CONSOLIDATION OF THE CHWE ACTION**

MINCHUL PAUL CHWE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ADOBE, INC.,

Defendant.

Case No. 5:25-cv-03911-NW

Plaintiffs Nicholas Rapak, Bianca Johnston, and Minchul Chwe ("Plaintiffs") submit this joint supplemental brief pursuant to the Court's September 3, 2025 Order for supplemental briefing regarding consolidation of *Chwe v. Adobe Inc.*, No. 5:25-cv-03911-NW with *In re Adobe Data Tracking Litigation*, No. 5:25-cv-03032-NW (the "Related Actions"). *See* ECF No. 33.

Plaintiffs agree that consolidation of the Related Actions is appropriate pursuant to Rule 42(a). "In deciding whether to consolidate actions under Rule 42(a), a court must balance the savings of time and effort consolidation will produce against any inconvenience, delay, confusion, or prejudice that may result." *Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d 1129, 1133 (C.D. Cal. 1999). Here, both of the Related Actions bring data privacy claims challenging various aspects of Adobe's use of secret tracking technologies on partner websites. *See* ECF No. 1 ¶¶ 32-63; *Chwe v. Adobe Inc.*, No. 5:25-cv-03911-NW, ECF No. 1 ¶¶ 22-45. The complaints allege overlapping causes of action, seek certification of overlapping classes, and seek similar remedies.

The "savings of time and effort consolidation will produce," *Takeda*, 67 F. Supp at 1133, is apparent: consolidation of the Related Actions will avoid duplicative discovery, motion practice, and inconsistent rulings, and maximize judicial economy. And given the cases are all in an identical procedural posture—where motion practice has not yet begun, and the Plaintiffs have been jointly negotiating key preservation issues with Adobe—there is no inconvenience, delay, confusion or prejudice resulting from such consolidation. *See, e.g.*, *Pirelli Armstrong Tire Corp. Retiree Med. Benefits Tr. on behalf of Wells Fargo & Co. v. Stumpf*, No. C 11-2369 SI, 2011 WL 13269288, at *1 (N.D. Cal. Aug. 3, 2011) (finding consolidation of cases with "substantial factual and legal overlap. . . is in the interest of judicial economy, and will eliminate duplicative discovery and motion practice"); *Howse v. Chiquita Canyon, LLC*, No. 2:23-CV-08380-MEMF-MAR, 2024 WL 4828705, at *9 (C.D. Cal. Nov. 19, 2024) (finding consolidation appropriate because "it would be inefficient to require the [c]ourt to manage [] separate actions involving the same basic discovery, and to potentially handle separate motion practice on the same or very similar issues"). Plaintiffs' counsel accordingly request that the Court order that *Chwe v. Adobe Inc.*, No. 5:25-cv-03911-NW be consolidated with *In re Adobe Data Tracking Litigation*, No. 5:25-cv-03032-NW.

Although not directly related to consolidation, Plaintiffs "continue their efforts to meet and confer regarding . . . appointment of lead counsel" (ECF No. 33) as encouraged by the Court. They will separately

update the Court on their positions regarding leadership, and whether they have reached agreement on a joint proposal, by September 19, 2025.

DATED: September 12, 2025

Respectfully submitted,

By: */s/ Christian Levis*

Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
Rachel Kesten (admitted *pro hac vice*)
Yuanchen Lu (admitted *pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com
ylu@lowey.com

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Robert C. Schubert S.B.N. 62684
Willem F. Jonckheer S.B.N. 178748
Amber L. Schubert S.B.N. 278696
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel.: (415) 788-4220
Fax: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law
aschubert@sjk.law

John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760

San Diego, CA 92101
Telephone: (858) 209-6941
Email: jnelson@milberg.com

Daniel O. Herrera (*pro hac vice* forthcoming)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com

*Counsel for Plaintiffs and the Proposed Class in In re Adobe Data Tracking Litig.*

By: *<u>/s/ Daniel R. Schwartz</u>*

Brian O. O'Mara
**DICELLO LEVITT LLP**
4747 Executive Dr., Suite 240
San Diego, CA 92121
Telephone: (619) 923-3939
briano@dicellolevitt.com

Daniel R. Schwartz (pro hac vice pending)
Rebecca Trickey (pro hac vice pending)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
dschwartz@dicellolevitt.com
rtrickey@dicellolevitt.com

David A. Straite (pro hac vice pending)
**DICELLO LEVITT LLP**
485 Lexington Ave., Tenth Floor
New York, New York 10017
Telephone: (646) 933-1000
dstraite@dicellolevitt.com

*Counsel for Minchul Paul Chwe*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the other signatories have concurred in the filing of this document.

*_/S/ Christian Levis_*
Christian Levis