ANGEL T. NAKAMURA (SBN 205396)
Angel.Nakamura@arnoldporter.com
KRISTINA ILIOPOULOS (SBN 341548)
Kristina.Iliopoulos@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

ESTAYVAINE BRAGG (SBN 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

JAMI M. VIBBERT (admitted *pro hac vice*)
Jami.Vibbert@arnoldporter.com
DAVID B. SCHWARTZ (admitted *pro hac vice*)
David.Schwartz@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Facsimile: 212.836.8689

DANIEL E. RAYMOND (admitted *pro hac vice*)
Daniel.Raymond@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison, Street Suite 4200
Chicago, IL 60602-4321
Telephone: 312.583.2300
Facsimile: 312.583.2360

*Attorneys for Defendant Adobe Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ADOBE DATA TRACKING LITIGATION<br><br>This Document Related to: All Actions | Case No. 5:25-cv-03032-NW<br><br>**DEFENDANT ADOBE INC.'S SUPPLEMENTAL BRIEFING REGARDING CONSOLIDATION**<br><br>Judge: Hon. Noël Wise<br>Location: Courtroom 3, 5th Floor |

Pursuant to the Court's Order For Supplemental Briefing regarding consolidation (ECF No. 48), Defendant Adobe Inc. ("Adobe") respectfully requests that the Court consolidate *Chwe v. Adobe Inc.* (25-cv-03911-NW) ("*Chwe*") into the present consolidated action, *In re Adobe Data Tracking Litigation* (25-cv-03032-NW) (the "Consolidated Action").

The Court's Order asks whether, and why, *Chwe*, should remain separate from the Consolidated Action. It should not. The *Chwe* case should be consolidated into the Consolidated Action for the same reasons the *Rapak* and *Johnston* cases were consolidated under Federal Rule of Civil Procedure 42(a) and for the same reasons the Court determined that all three actions were related pursuant to Civil Local Rule 3-12 (ECF No. 41).

First, as the Court has already found in relating the actions, *Chwe* and the Consolidated Action concern substantially the same the same parties and events. They also involve common questions of law and fact. *Chwe* and the Consolidated Actions are both putative class actions brought against Adobe on behalf of proposed overlapping classes of individuals bringing largely the same claims arising from the same alleged conduct and seeking similar relief.[1] The Complaint in *Chwe* (ECF No. 27-2 ("*Chwe* Compl.")) raises several nearly identical causes of action to allegations in the Consolidated Action (ECF No. 1 ("*Rapak* Compl.")), including violation of the California Invasion of Privacy Act Section 631 (*compare Chwe* Compl. ¶¶ 123–134 *with Rapak* Compl. ¶¶ 123–134), intrusion upon seclusion (*compare Chwe* Compl. ¶¶ 108–122 *with Rapak* Compl. ¶¶ 99–111), invasion of privacy under the California Constitution (*compare Chwe* Compl. ¶¶ 92–107 *with Rapak* Compl. ¶¶ 112–122), and unjust enrichment (*compare Chwe* Compl. ¶¶ 135–142 *with Rapak* Compl. ¶¶ 171–177).

Second, consolidating the cases would best serve judicial economy by streamlining pretrial discovery and motion practice, thereby promoting efficiency and conserving judicial resources.

---

[1] Adobe does not concede the allegations or characterizations of any claims or that this Court has jurisdiction over any or all of the claims and parties in these matters. Further, Adobe does not agree or concede that these matters may proceed as purported class actions. Adobe reserves its rights to assert those and other challenges in response to the complaints, a consolidated complaint, or at such other time as directed by the Court

Without consolidation, the cases would proceed on separate discovery schedules, require different judicial conferences, and be subject to separate motion practice despite the similarity of the parties and issues. Furthermore, consolidation will not cause any prejudice, inconvenience, or delay or impose additional expenses on the parties. Rather, as noted above, consolidation of all the cases will optimize efficiency for the Court and the parties because the actions are substantially identical, assert substantially overlapping factual allegations, involve substantially similar substantive theories of relief, and are in a similar procedural posture. Accordingly, Adobe respectfully requests that the Court consolidate *Chwe* and the Consolidated Action.

Dated: September 12, 2025

Respectfully submitted,

*/s/ Angel Tang Nakamura*

Angel Tang Nakamura (SBN 205396)
Angel.Nakamura@arnoldporter.com
Kristina Iliopoulos (SBN 341548)
Kristina.Iliopoulos@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: 213.243.4000
Facsimile: 213.243.4199

Jami Vibbert (admitted *pro hac vice*)
Jami.Vibbert@arnoldporter.com
David B. Schwartz (admitted *pro hac vice*)
David.Schwartz@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Facsimile: 212.836.8689

Daniel E. Raymond (admitted *pro hac vice*)
Daniel.Raymond@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison, Street Suite 4200
Chicago, IL 60602-4321
Telephone: 312.583.2300
Facsimile: 312.583.2360

Estayvaine Bragg (SBN 341400)
Estayvaine.Bragg@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

*Attorneys for Defendant Adobe Inc.*