Robert C. Schubert S.B.N. 62684
Willem F. Jonckheer S.B.N. 178748
Amber L. Schubert S.B.N. 278696
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel.: (415) 788-4220
Fax: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law
aschubert@sjk.law

Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
Rachel Kesten (admitted *pro hac vice*)
Yuanchen Lu (admitted *pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com
ylu@lowey.com

*Attorneys for Plaintiffs and the Proposed Class*

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: (866) 252-0878
gklinger@milberg.com

Daniel O. Herrera (*pro hac vice* forthcoming)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Tel.: (312) 782-4880
Fax: (312) 782-4485
dherrera@caffertyclobes.com

Daniel R. Schwartz (admitted *pro hac vice*)
Rebecca Trickey (admitted *pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
dschwartz@dicellolevitt.com
rtrickey@dicellolevitt.com

*Additional Counsel on Signature Page*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IN RE ADOBE DATA TRACKING LITIGATION

Case No: 5:25-cv-03032-NW
(Consolidated Action)

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Plaintiffs submit this statement in opposition to Adobe Inc.'s ("Adobe") Administrative Motion to File Under Seal. ECF No. 59 ("Mtn."). Documents may only be filed under seal in connection with a non-dispositive motion if there is good cause pursuant to Federal Rule of Civil Procedure 26(c). This requires a "particularized showing" that "specific prejudice or harm" will result if the information is disclosed. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). "Broad allegations of harm, unsubstantiated by specific examples or articulated reasoning" are insufficient to establish good cause. *Beckman Indus., Inc. v. Int'l Ins.*, 966 F.2d 470, 476 (9th Cir. 1992).

Adobe seeks to maintain under seal: names of its products (ECF No. 59-2 at 7:22-24; *id.* at 8:1-2), the number of employees and length of time the preservation process may require (*id.* at 7:24), the length of time Adobe contends it would take data to become unmanageable (*id.* at 8:6), and the cost of monthly storage (*id.* at 9:5). But, despite Adobe's claims, this information is not "highly confidential, competitively sensitive, and proprietary business information" that would "create a significant risk of competitive harm" if revealed. Mtn. at 2.

Adobe has not articulated any specific prejudice or harm beyond a blanket statement that revealing "unwarranted insight into the operational capacities" of its products would "cause competitive injury." ECF No. 59-1 ¶ 5. It makes little sense that the publicly available names of Adobe's products—which are not redacted elsewhere in the declaration (ECF No. 59-2 ¶¶ 8(f), 8(j), 8(l))—would cause "competitive injury." Nor does Adobe explain how the number of employees or length of time the preservation process may take provides "unwarranted insight" into its "operational capacities." ECF No. 59-1 ¶ 5. The same is true for the length of time in which Adobe contends the data would become "too voluminous to manage." ECF No. 59-2 at 8:6. None of this general information provides any specific insight into details of Adobe's "architecture, capabilities, and operations" that could cause competitive harm and warrant sealing. ECF No. 59-1 ¶ 5. *See Brewer v. Gen. Nutrition Corp.*, No. 11-CV-3587 YGR, 2014 WL 5873328, at *4 (N.D. Cal. Nov. 12, 2014) (finding general information in an employee declaration was not "sufficiently sensitive to warrant sealing under the good-cause standard."); *see also United States v. Adobe, Inc.*, No. 24-CV-03630-BLF, 2024 WL 3680811, at *2 (N.D. Cal. July 23, 2024) (rejecting Adobe's argument that "competitors could modify their business strategy to unfairly compete with Adobe" if general revenue information were revealed because it "does not contain any specific profit, cost, pricing, trade secret,

product-specific, or other information that would warrant sealing.”).

Finally, Adobe’s contention that the additional cost of storage for the preserved data (ECF No. 59-2 at 9:5) “provides insight into competitively sensitive contractual pricing” is tenuous at best. *See* ECF No. 59-1 ¶ 6. The materials make no reference to the specific third-party service providers with which Adobe has contracted or the specifics of those contractual agreements and only refers to an aggregated and approximate cost of storage. That Adobe “considers this non-public business information to be highly sensitive” (*id.*) does not meet the good cause standard for sealing. *See Ochoa v. McDonald's Corp.*, No. 14-CV-02098-JD, 2015 WL 3545921, at *2 (N.D. Cal. June 5, 2015) (“the mere fact that . . . information is not currently public does not constitute good cause” for sealing).

DATED: October 6, 2025

Respectfully submitted,

By: /s/ Christian Levis

Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
Rachel Kesten (admitted *pro hac vice*)
Yuanchen Lu (admitted *pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com
ylu@lowey.com

Gary M. Klinger (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: (866) 252-0878
gklinger@milberg.com

John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101

Tel.: (858) 209-6941
jnelson@milberg.com

Daniel R. Schwartz (admitted *pro hac vice*)
Rebecca Trickey (admitted *pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
dschwartz@dicellolevitt.com
rtrickey@dicellolevitt.com

Brian O. O'Mara
**DICELLO LEVITT LLP**
4747 Executive Dr., Suite 240
San Diego, CA 92121
Tel.: (619) 923-3939
briano@dicellolevitt.com

David A. Straite (admitted *pro hac vice*)
**DICELLO LEVITT LLP**
485 Lexington Ave., Tenth Floor
New York, New York 10017
Tel.: (646) 933-1000
dstraite@dicellolevitt.com

Robert C. Schubert S.B.N. 62684
Willem F. Jonckheer S.B.N. 178748
Amber L. Schubert S.B.N. 278696
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel.: (415) 788-4220
Fax: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law
aschubert@sjk.law

Daniel O. Herrera (*pro hac vice* forthcoming)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Tel.: (312) 782-4880
Fax: (312) 782-4485
dherrera@caffertyclobes.com

*Counsel for Plaintiffs and the Proposed Class*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the other signatories have concurred in the filing of this document.

*/s/ Christian Levis*
Christian Levis