ANGEL T. NAKAMURA (SBN 205396)
Angel.Nakamura@arnoldporter.com
KRISTINA ILIOPOULOS (SBN 341548)
Kristina.Iliopoulos@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

ESTAYVAINE BRAGG (SBN 341400)
Estayvaine.Bragg@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

JAMI M. VIBBERT (admitted *pro hac vice*)
Jami.Vibbert@arnoldporter.com
DAVID B. SCHWARTZ (admitted *pro hac vice*)
David.Schwartz@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Facsimile: 212.836.8689

DANIEL E. RAYMOND (admitted *pro hac vice*)
Daniel.Raymond@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison, Street Suite 4200
Chicago, IL 60602-4321
Telephone: 312.583.2300
Facsimile: 312.583.2360

*Attorneys for Defendant Adobe Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

IN RE: ADOBE DATA TRACKING LITIGATION

This Document Related to: All Actions

Case No. 5:25-cv-03032-NW

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT ADOBE INC.'S MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Judge: Hon. Noël Wise
Date: April 15, 2026
Time: 9:00 a.m.
Location: Courtroom 3, 5th Floor

Defendant Adobe Inc. ("Adobe" or "Defendant") respectfully requests that the Court take judicial notice of the document described below and attached hereto pursuant to the incorporation by reference doctrine and other applicable law. This Request for Judicial Notice is made in support of Adobe's Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint.

**DISCUSSION**

On a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007). As detailed below, the document described below and attached hereto is properly considered in connection with Adobe's Motion to Dismiss under the incorporation by reference doctrine.

## I. DOCUMENTS INCORPORATED BY REFERENCE INTO THE COMPLAINT ARE CONSIDERED FOR THEIR TRUTH ON A MOTION TO DISMISS

In setting forth their allegations, Plaintiffs expressly reference and quote from various documents. "[I]ncorporation by reference is a judicial doctrine that prevents plaintiffs from selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken or extinguish their claims." *In re Intel Corp. Sec. Litig.*, 2019 WL 1427660, at *6 (N.D. Cal. Mar. 29, 2019) (citing *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018)). "A defendant may seek to incorporate a document into the complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim." *Id.* "The court may treat such a document as 'part of the complaint'" and "may assume that its contents are true for purposes of a motion to dismiss under Rule 12(b)(6)." *Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006) (quoting *U.S. v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003)). In accordance with this doctrine, Adobe requests that the Court consider the following document, a true and correct copy of which is attached hereto:

1. **Exhibit 1.** *How the Experience Cloud Identity Services requests and sets IDs*, Adobe Experience League, (available at https://experienceleague.adobe.com/en/docs/id-service/using/intro/id-request) (last accessed December 10, 2025). Cited in the Complaint ¶¶ 41-43, fig. 2-4, n.10-12.

This document is referenced in the operative Complaint (as cited above) and is cited to support the basis of all of Plaintiffs' claims. Plaintiffs cite to and reference the figures from Exhibit 1 to allege that Adobe "uses the ECID framework to track unique users across websites and online services owned by different companies." Compl. ¶ 41 (emphasis omitted). Plaintiffs' entire Complaint relies on allegations that "Adobe created a vast system that tracks and profiles individuals based on their private web activity across the Internet and inside mobile apps." Compl. ¶ 1. Plaintiffs cite to this document to purportedly explain the mechanism by which Adobe allegedly "identif[ies] specific individuals across devices and platforms so that it can target them with ads." *Id.* ¶ 6. Plaintiffs reference and paste into their Complaint figures from the document to give a step-by-step explanation of the purported mechanism. *Id.* ¶¶ 41-43. Thus, the Court may consider this document in its entirety under the incorporation by reference doctrine.

## CONCLUSION

For the foregoing reasons, Adobe respectfully requests that the Court take judicial notice of Exhibit 1 attached hereto pursuant to the incorporation by reference doctrine and other applicable law and consider it in connection with its adjudication of Adobe's contemporaneously filed Motion to Dismiss.

Dated: December 11, 2025

Respectfully submitted,

*/s/ Angel Tang Nakamura*

Angel Tang Nakamura (SBN 205396)
Angel.Nakamura@arnoldporter.com
Kristina Iliopoulos (SBN 341548)
Kristina.Iliopoulos@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017
Telephone: 213.243.4000
Facsimile: 213.243.4199

Jami Vibbert (admitted *pro hac vice*)
Jami.Vibbert@arnoldporter.com
David B. Schwartz (admitted *pro hac vice*)
David.Schwartz@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Facsimile: 212.836.8689

Daniel E. Raymond (admitted *pro hac vice*)
Daniel.Raymond@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison, Street Suite 4200
Chicago, IL 60602-4321
Telephone: 312.583.2300
Facsimile: 312.583.2360

Estayvaine Bragg (SBN 341400)
Estayvaine.Bragg@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

*Attorneys for Defendant Adobe Inc.*